

**NUMBER 13-12-00504-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JOHN JAMES HARKINS, ET AL.,**                    **Appellants,**

**v.**

**NORTH SHORE ENERGY, L.L.C.,**                    **Appellee.**

---

**On appeal from the 267th District Court
of Goliad County, Texas.**

---

# ORDER

**Before Justices Rodriguez, Garza and Perkes
Order Per Curiam**

On December 12, 2013, this Court issued a memorandum opinion in this appeal affirming the trial court's judgment as modified. *Harkins v. N. Shore Energy, L.L.C.*, No. 13-12-00504-CV, 2013 WL 6574245 (Tex. App.—Corpus Christi Dec. 12, 2013, no. pet. h.) (mem. op.). Appellants, John James Harkins et al., have filed a motion for rehearing and motion for en banc reconsideration. *See* TEX. R. APP. P. 49.1, 49.7.

Having reviewed appellants' motions, we hereby ORDER appellee, North Shore Energy, L.L.C., to file with the clerk of this Court a response as to Issues One, Two, and Three as raised in appellants' motions within thirty (30) days of the date of this order.

IT IS SO ORDERED.

PER CURIAM

Order delivered and filed the
3rd day of February, 2014.